PER CURIAM.

Johnathan M. Gilmore seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Gilmore v. North Carolina Dep't of Corr.*, No. CA–99–434–5–H (E.D.N.C. June 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Adam Wade Owens, pro se. Dorothy Powers, North Carolina Department of Justice, Raleigh, NC, for appellees.

Before WILKINS and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Adam Wade Owens appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Owens v. Stieneke*, No. CA–99–354–5–BR (E.D.N.C. May 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Adam Wade OWENS, Plaintiff–Appellant,**

v.

**Daniel STIENEKE; T. Shaw, Correctional Officer; Superintendent McDade; Sergeant Warren; Sergeant Henry Williams, Defendants–Appellees.**

**No. 00–6912.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 8, 2001.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John BRANNON, Defendant–Appellant.**

**No. 00–6994.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 14, 2000.

Decided Jan. 8, 2001.